```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    VALERIE JEAN FISHER
 7

 8
```

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-07-0143 EJG
                                   )
13                 Plaintiff,      )
                                   ) STIPULATION AND ORDER CONTINUING
14       v.                        ) STATUS CONFERENCE
                                   )
15  VALERIE JEAN FISHER,           ) Date:  December 14, 2007
                                   ) Time:  10:00 a.m.
16                 Defendant.      ) Judge: Hon. Edward J. Garcia
    _____)

17

18       It is hereby stipulated between the parties, Kyle Reardon,

19  Assistant United States Attorney, attorney for plaintiff and Mary M.

20  French, Supervising Assistant Federal Defender, attorney for defendant

21  VALERIE JEAN FISHER, that the Status Conference hearing date of

22  November 16, 2007, is vacated and a new Status Conference hearing date

23  of December 14, 2007, at 10:00 a.m. is hereby set.

24       This continuance is requested because the defense has determined

25  that Ms. Fisher is competent to stand trial.  The defense notified the

26  government of Ms. Fisher's competency and the parties are now planning

27  to discuss a proposed resolution of the matter.  The parties need time

28  to reach an agreement and reduce it to writing.

1    It is further stipulated that the period from November 16, 2007,
2 through and including December 14, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated:   November 15, 2007     Respectfully submitted,

7                                         DANIEL J. BRODERICK
                                          Federal Defender

10     /s/ Mary M. French
       MARY M. FRENCH
       Supervising Assistant
11     Federal Defender
       Attorney for Defendant
12     VALERIE JEAN FISHER

14 Dated:   November 15, 2007     MCGREGOR W. SCOTT
                                  United States Attorney

16                                /s/  Mary M. French for
                                       Kyle Reardon
17                                _____
                                  KYLE REARDON
18                                Assistant U.S. Attorney
                                  per telephonic authorization

20
   IT IS SO ORDERED.
21

22
   Dated: Nov. 15, 2007
23
                                  /s/ Edward J. Garcia
24                                EDWARD J. GARCIA
                                  United States District Judge

Stipulation and Order/Fisher           2