cert cy to USM 6/2/08

**FILED**

JUN 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  FRED N. DAWSON, Of Counsel (SBN 43306)
   JONATHAN C. TURNER (SBN 191540)
3  EMILY E. DORINGER (SBN 208727)
   Hall of Justice
4  813 Sixth Street, Suite 450
   Sacramento, CA  95814
5  Telephone: (916) 441-0824

6  Attorneys for Defendant,
   RYAN HANSEN
7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No.: 07-CR-0430 EJG
12 |        Plaintiff,                   |
13 |   vs.                               | STIPULATION AND
   |                                     | ORDER CONTINUING DEFENDANT
14 | RYAN HANSEN,                        | RYAN HANSEN'S SURRENDER DATE
15 |        Defendant.                   |

17      IT IS HEREBY STIPULATED by Ryan Hansen, through his counsel
18 Blackmon & Associates, and the United States of America, through
19 its counsel Carolyn K. Delaney, that Mr. Hansen's surrender
20 date, currently set for Monday, June 2, 2008, be continued for
21 one week, to June 9, 2008.
22      On April 25, 2008, Mr. Hansen was convicted of possession
23 of anabolic steroids with intent to distribute in violation of
24 21 U.S.C. §841(a)(1) and ordered to complete a ten-month split
25 sentence.  The Court indicated Mr. Hansen is to surrender to

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
DEFENDANT RYAN HANSEN'S SURRENDER DATE

authorities by 2:00 p.m. on June 2, 2008, to begin serving a five-month term of incarceration.

    Mr. Hansen's fiancé has been critically ill with an intestinal disorder for the past three weeks. She was recently transferred from a hospital in Chico, California to a hospital in San Francisco, California, when she became unresponsive. Her condition is now stabilized and the family expects she will be released from the hospital on Tuesday, June 3, 2008. Mr. Hanson wishes to remain with her until her release. He has been in contact with his Pretrial Services Officer and with his attorneys regarding the situation.

    To allow Mr. Hansen the opportunity to remain with his seriously ill fiancé until her health improves and she is released from the hospital to the care of her family, the parties stipulate to a one week continuance of Mr. Hansen's surrender date, from June 2, 2008 at 2:00 p.m. to June 9, 2008 at 2:00 p.m., by which time Mr. Hansen shall surrender to the U.S. Marshall's office in Sacramento, California.

IT IS SO STIPULATED:

DATED: May 30, 2008        //s// Carolyn K. Delaney
                           Assistant U.S. Attorney
                           CAROLYN K. DELANEY


DATED: May 30, 2008        //s// Emily E. Doringer
                           Emily E. Doringer
                           Blackmon & Associates
                           Attorneys for Defendant
                           RYAN HANSEN

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS SO ORDERED THAT, to allow Mr. Hansen the opportunity to remain with his seriously ill fiancé until her health improves and she is released from the hospital to the care of her family, Mr. Hansen's surrender date shall be continued from June 2, 2008 at 2:00 p.m. to June 9, 2008 at 2:00 p.m., by which time Mr. Hansen shall surrender to the U.S. Marshall's office in Sacramento, California.

IT IS SO ORDERED.

DATED: 6/2/08

_____
United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING
DEFENDANT RYAN HANSEN'S SURRENDER DATE