**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        **RE:**    **Ryan HANSEN**
                                  **Docket Number:**    **2:07CR00430-01**
                                  **FIREARM STORED AT OFFENDER'S**
                                  **RESIDENCE**

Your Honor:

On April 25, 2008, the offender was convicted of a violation of 21 USC 841(a)(1) - Possession of Anabolic Steroids with Intent to Distribute. He was sentenced to five months custody of the Bureau of Prisons and Supervised Release for a period of three years.

The felony conviction prohibits the offender from possessing a firearm. As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored. In the instant case, the offender resides with his girlfriend and her father, Quintin Campbell, a Department of Corrections and Rehabilitation Unit Supervisor. This case is viewed as an exception to the probation office's prohibition of offenders residing where a firearm is stored.

The offender has no criminal history involving firearms or violence, the firearm will be locked away by Agent Campbell and the offender will not have access to the weapon. This will also alleviate the probation officer's concern for safety. Furthermore, the offender has no other viable residence and if forced to move, it would greatly diminish the likelihood for his success. The firearm will be maintained in a locked safe and Agent Campbell has vowed to immediately notify the probation officer should, at any time, the weapon be unaccounted for.

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at his current residence, even though a firearm is stored on the premises.

**RE:   Ryan HANSEN**
      Docket Number:    2:07CR00430-01
      <u>FIREARM STORED AT OFFENDER'S RESIDENCE</u>

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:    October 31, 2008
          Sacramento, California
          LLK/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Approves The Probation Officer's plan to allow offender to reside where a firearm is stored.

( )     Disapproves the Probation Officer's plan. The offender may not reside where a firearm is store.

( )     Other:

| November 4, 2008 | /s/ Edward J. Garcia, Judge |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   Carolyn K. Delaney
      Assistant United States Attorney

      Emily Dorringer
      Defense Counsel